IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANITA WARREN-HENDRIX                                               PLAINTIFF

V.                             CIVIL ACTION NO. 3:15-CV-57-SA-SAA

WAL-MART STORES EAST, LP                                     DEFENDANT

AGREED ORDER OF DISMISSAL

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, ANITA WARREN-HENDRIX, through her attorneys, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendant, Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED** on this the 27th day of June, 2016.

                                                        **/s/ Sharion Aycock**
                                                        **UNITED STATES DISTRICT JUDGE**